**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Work & Son, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  59-3742572

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2600 Gandy Blvd.** <br> **Pinellas Park, FL 33702** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinellas** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Work & Son, Inc.**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Work & Son, Inc.** Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Work & Son, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 18, 2018**
MM / DD / YYYY

**X /s/ Clifford F. Work**
Signature of authorized representative of debtor

**Clifford F. Work**
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Mary A. Joyner**
Signature of attorney for debtor

Date **November 18, 2018**
MM / DD / YYYY

**Mary A. Joyner**
Printed name

**Law Offices of Mary A. Joyner, PLLC**
Firm name

**1503 S. US Hwy. 301**
**Suite 115**
**Tampa, FL 33619**
Number, Street, City, State & ZIP Code

Contact phone **813-328-2115**    Email address **Mary@AttorneyJoyner.com**

**115739 FL**
Bar number and State

Debtor **Work & Son, Inc.** Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Work & Son - Kraeer Holdings, Inc.** | | Relationship to you | | **Subsidiary** |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **Work & Son - Memorial Services, Inc.** | | Relationship to you | | **subsidiary** |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **Work & Son - Osiris, Inc.** | | Relationship to you | | **Subsidiary** |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **Work & Son - Royal Palm Acquisition, Inc.** | | Relationship to you | | **Subsidiary** |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **Work & Son - Sarasota Memorial, Inc.** | | Relationship to you | | **Subsidiary** |
| District | **Middle District of Florida** | When | Case number, if known | | |

# United States Bankruptcy Court
## Middle District of Florida

In re **Work & Son, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clifford F. Work**<br>**2600 Gandy Blvd.**<br>**Saint Petersburg, FL 33702** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 18, 2018**

Signature **/s/ Clifford F. Work**
**Clifford F. Work**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: **Work & Son, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 18, 2018**

**/s/ Clifford F. Work**
**Clifford F. Work**/**President**
Signer/Title

Work & Son, Inc.
2600 Gandy Blvd.
Pinellas Park, FL 33702

Dowd & Dowd PC
211 N. Broadway
Saint Louis, MO 63102

Service Corporation International
1929 Allen Pkwy
Houston, TX 77019

Mary A. Joyner
Law Offices of Mary A. Joyner, PLLC
1503 S. US Hwy. 301
Suite 115
Tampa, FL 33619

Estate of Franklin D. & Patsy Work
2600 Gandy Blvd.
Pinellas Park, FL 33702

SunTrust Bank
PO Box 305053
Nashville, TN 37230-5053

Associated Industries Insurance Company Inc.
800 Superior Ave E
21st Floor
Cleveland, OH 44114

Florida Communications
PO Box 4614
Tampa, FL 33677

The Main Street American Group
PO Box 2004
Keene, NH 03431

AutoZone Inc.
PO Box 116067
Atlanta, GA 30368-6057

Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0180

Verizon
PO Box 4001
Acworth, GA 30101

Batesville Casket Company
One Batesville Blvd.
Batesville, IN 47006

Home Depot Credit Services
Dept 32 - 2503677605
PO Box 78047
Phoenix, AZ 85062-8047

BMW Financial Services
BMW Bank of North America
PO Box 78066
Phoenix, AZ 85062-8066

Internal Revenue Service
Centralize Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Cat Financial
2120 W. End Ave.
PO Box 340001
Nashville, TN 37203-0001

Nelson Mullins
PO Box 11070
Columbia, SC 29211

Clifford F. Work
2600 Gandy Blvd.
Saint Petersburg, FL 33702

Old Dominion Insurance Co
PO Box 16100
Jacksonville, FL 32245-6100

Dearolf & Mereness
15425 N. Florida Ave.
Tampa, FL 33613-1243

R. Michael DeLoach, P.A.
PO Box 2349
Brandon, FL 33511

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WORK & SON, INC.,  CASE NO. 8:18-bk-
 Chapter 11

    Debtor.
_____/

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $20,000.00 as a general retainer for the debtor and its five (5) affiliates to wit: Work & Son – Memorial Services, Inc., Work & Son – Osiris, Inc., Work & Son – Kraeer Holdings, Inc., Work & Son – Royal Palm Acquisition, Inc., and Work & Son – Sarasota Memorial, Inc.

   Prior to the filing of this statement I have received $20,000.00

   The Balance Due is $0.00

2. The source of the compensation paid to me was the Debtor.

3. The source of compensation to be paid to me is the Debtor.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   D. Representation of the debtor in necessary matters related to the bankruptcy case including negotiations with creditors and moving the case forward to confirmation.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_11/18/2018_____       _/s/ Mary A. Joyner_____
Date       **Mary A. Joyner**
     **Law Offices of Mary A. Joyner, PLLC**
     **1503 S. US Hwy 301, Suite 115**
     **Tampa, Florida 33619**
     813-328-2115   Fax: 813-756-6911
     Mary@AttorneyJoyner.com

# United States Bankruptcy Court
## Middle District of Florida

In re: **Work & Son, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Work & Son, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 18, 2018**  
Date

/s/ Mary A. Joyner  
**Mary A. Joyner**  
Signature of Attorney or Litigant  
Counsel for **Work & Son, Inc.**  
**Law Offices of Mary A. Joyner, PLLC**  
**1503 S. US Hwy. 301**  
**Suite 115**  
**Tampa, FL 33619**  
**813-328-2115 Fax:813-756-6911**  
**Mary@AttorneyJoyner.com**