UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WORK & SON, INC.,

Chapter 11
CASE NO. 8:18-bk-09917-CED

Jointly Administered with

WORK & SON – KRAEER HOLDINGS, INC.　　CASE NO. 8:18-bk-09918-CED
WORK & SON – MEMORIAL SERVICES, INC.　CASE NO. 8:18-bk-09919-CED
WORK & SON – OSIRIS, INC.　　　　　　　 CASE NO. 8:18-bk-09920-CED
WORK & SON – ROYAL PALM
　ACQUISITION, INC.　　　　　　　　　　 CASE NO. 8:18-bk-09921-CED
WORK & SON – SARASOTA MEMORIAL, INC.　CASE NO. 8:18-bk-09922-CED

　　　　　Debtors.
_____/

**MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 11**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

　　　　WORK & SON, INC. ("Management"), WORK & SON – KRAEER HOLDINGS, INC. ("Kraeer"), WORK & SON – MEMORIAL SERVICES, INC. ("Memorial Services"), WORK & SON – OSIRIS, INC. ("Osiris"), WORK & SON – ROYAL PALM ACQUISITION, INC. ("Royal Palm"), and WORK & SON – SARASOTA MEMORIAL, INC. ("Sarasota"), (hereinafter collectively the "Debtors"), by and through the undersigned counsel, do hereby file this Motion for Extension of Time to File Chapter 11 Schedules and Statement of Financial Affairs ("Motion") and in support of the Motion say:

　　　　1.　　The Debtors filed Voluntary Petitions for Relief under Chapter 11 of the Bankruptcy Code and Orders for Relief have been entered.

　　　　2.　　The Petitions were filed on November 18, 2018, and according to the Federal Rules of Bankruptcy Procedure, the Chapter 11 Schedules, Statement of Financial Affairs, and Twenty

Largest Unsecured Creditors (collectively "Schedules") must be filed by December 3, 2018.

3. The Debtors are in the process of preparing the Schedules and expects the same to be completed within next 15 days. The Debtors need additional time to accurately and completely finish the Schedules. No Creditor will be prejudiced by this request for an extension of time to file the Schedules.

4. The meetings of creditors are scheduled for December 20, 2018.

WHEREFORE, the Debtors respectfully request that this Court enter an Order extending for a period of 15 days or such time that the Court deems reasonable, the time within which to file the Debtors' respective Schedules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to File Chapter 11 Schedules and Statement of Financial Affairs has been furnished by electronic and/or regular U. S. Mail this 30th day of November, 2018, to the **United States Trustee**, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; and all creditors on the attached matrix.

LAW OFFICES OF MARY A. JOYNER, PLLC

 /s/ Mary A. Joyner_____
MARY A. JOYNER, ESQUIRE
Florida Bar No. 115739
1503 S. U.S. Highway 301, Suite 115
Tampa, Florida 33619
Telephone: 813-328-2115
Facsimile: 813-315-7728
mary@attorneyjoyner.com